**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL–CIO, LOCAL 819 (HOLLOWAY CONSTRUCTION CO.), Respondent.**

**No. 30235**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

March 29, 1971.

Tom Upchurch, Jr., Buddy Wright, Fort Worth, Tex., for respondent.

Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., El-

mer P. Davis, Director, N.L.R.B., Region 16, Fort Worth, Tex., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Frank H. Itkin, Lynn D. Poole, Attys., N.L.R.B., for petitioner.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Enforced. See Local Rule 21.[1]

---

\* Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.